NEW YORK CREDIT MEN'S ASSOCIATION, as Trustee in Bankruptcy of LOUIS MILLER, Trading as LOUIS MILLER & Co., and BRIDGEVILLE SHIRT Co., Appellant, *v.* MANUFACTURERS DISCOUNT CORPORATION, Respondent.

Submitted October 4, 1948; decided October 7, 1948.

Motion for reargument or to amend remittitur denied, with $10 costs and necessary printing disbursements. [See 298 N. Y. 512.]